IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY MUNN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-158
)
PEPPER BUSH PROPERTIES LLC, and )
W.V.T. ENTERPRISES, INC., )
)
    Defendants. )
)

## ORDER

Before the Court are Plaintiff's Stipulation of Dismissal with Prejudice (Doc. 19) and Second Stipulation of Dismissal with Prejudice (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Accordingly, Defendants' Motion to Set Aside Default (Doc. 15) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of October 2018.

                    WILLIAM T. MOORE, JR.
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT -9 PM 4:52
CLERK_____
SO. DIST. OF GA.